[No. 19910–2–I. Division One. August 1, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. PRIESTLEY THOMPSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–1–00500–0, John F. Wilson, J., entered January 8, 1987. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Coleman and Winsor, JJ.

[No. 20312–6–I. Division One. August 1, 1988.]

DEBRA S. BICKFORD, *Petitioner,* v. THE CITY OF EVERETT POLICEMEN'S PENSION BOARD, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85–2–03214–2, Stuart C. French, J., entered April 3, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Pekelis, J., and Cole, J. Pro Tem.

[No. 19697–9–I. Division One. August 1, 1988.]

SOUND STEEL SERVICE, INC., *Plaintiff,* v. JOHN G. ZAHRAN, ET AL, *Defendants,* NEWLAND CONSTRUCTION COMPANY, INC., *Respondent,* PETER N. ALLISON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–2–02675–4, Donald D. Haley, J., entered November 25, 1986. *Dismissed* by unpublished opinion per Williams, J., concurred in by Pekelis, J., and Cole, J. Pro Tem.